Ron S. Chaplin (SBN 190074)
Jacobs, Anderson, Potter & Chaplin, LLP
20 Independence Circle
Chico, California 95973
(530) 342-6144

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| MONICA A. NEVAREZ and LARRY BRADFORD,<br><br>         Plaintiffs,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION and DOES 1-25,<br><br>         Defendants. | Case No.: 2:09-cv-03424-WBS-EFB<br><br>**ORDER TO CONTINUE PARTIAL MOTION TO DISMISS AND MOTION TO DISMISS PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT** |

=

   Pursuant to Stipulation of the parties and good cause appearing,

   IT IS HEREBY ORDERED that the hearing in this matter set for February 1, 2010 is continued to February 16, 2010 at 2:00 p.m.

 Dated: January 14, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-

ORDER TO CONTINUE HEARING