Ron S. Chaplin (SBN 190074)
Douglas B. Jacobs (SBN 084153)
Jacobs, Anderson, Potter & Chaplin, LLP
20 Independence Circle
Chico, California 95973
(530) 342-6144

Attorney for Plaintiffs Monica A. Nevarez
and Larry Bradford

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| MONICA A. NEVAREZ and LARRY BRADFORD,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION and DOES 1-25,<br><br>Defendants. | Case No.: 2:09-cv-03424-WBS-EFB<br><br>**ORDER TO DISMISS FIRST AMENDED COMPLAINT FOR QUIET TITLE; TRESPASS; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; and NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS PURSUANT TO RULE 41(a)(1)(A)(ii)** |

Pursuant to Stipulation of the parties and good cause appearing,

   IT IS HEREBY ORDERED that Plaintiff's First Amended Complaint for Quiet Title; Trespass; Intentional Infliction of Emotional Distress; and Negligent Infliction of Emotional Distress, filed on October 15, 2009, and removed to federal court on December 11, 2009, be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)1(A)(ii).

//

//

IT IS FURTHER ORDERED that Defendant's Complaint for Unlawful Detainer and Money Damages, filed July 27, 2009, and consolidated with the aforementioned quiet title action on December 4, 2009, be remanded to the Superior Court of California, County of Butte.

Dated: February 2, 2010

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER TO DISMISS FIRST AMENDED COMPLAINT